IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC,** | § § § | |
| *Plaintiff*, | § § | Case Number: 3:22-cv-236 |
| vs. | § § § | Judge: J. Brown |
| **1.77 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT (PIPELINE RIGHT-OF-WAY), 9.55 ACRES OF LAND, MORE OR LESS, TEMPORARY WORK SPACE, 0.05 ACRES OF LAND, MORE OR LESS, TEMPORARY ACCESS ROAD EASEMENT AND 0.35 ACRES OF LAND, MORE OR LESS, PERMANENT ACCESS ROAD EASEMENT IN BRAZORIA COUNTY, TEXAS, TRACT NO. BL12-TX-BR-001.000,** *et al*, | § § § § § § § § § § § § § § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER SETTING HEARING**

Having considered Plaintiff Florida Gas Transmission Company, LLC's request for expedited briefing and hearing on its Motion for Order Confirming Condemnation Authority (Doc. No. 11), and responses thereto, if any, the request is GRANTED. The hearing on Plaintiff Florida Gas Transmission Company, LLC's Motion for Order Confirming Condemnation Authority is set for _____, _____, at _____, in

Courtroom #_, United States Post Office and Courthouse, 601 Rosenberg, Galveston, Texas 77550.

    IT IS SO ORDERED

SIGNED on Galveston Island this ____ day of July, 2022.

 

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE