### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC,** | § § § | **CASE NO. 3:22-cv-236** |
| *Plaintiff*, | § § § | **JUDGE J. BROWN** |
| v. | § § § § | **MAG. JUDGE A. EDISON** |
| **1.77 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT (PIPELINE RIGHT-OF-WAY), 9.55 ACRES OF LAND, MORE OR LESS, TEMPORARY WORK SPACE, 0.05 ACRES OF LAND, MORE OR LESS, TEMPORARY ACCESS ROAD EASEMENT AND 0.35 ACRES OF LAND, MORE OR LESS, PERMANENT ACCESS ROAD EASEMENT IN BRAZORIA COUNTY, TEXAS, TRACT NO. BL12-TX-BR-001.000**, *et al*, | § § § § § § § § § § § § § § § § | |
| *Defendants*. | § | |

### ORDER AUTHORIZING ALTERNATE SERVICE

This Court, having considered Plaintiff's Expedited Motion for Alternate Service of the Notice of Commencement of a Condemnation Action, Order for Conference and Disclosure of Interested Parties and Plaintiff's Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements, and to Expedite Briefing and Hearing Schedule on Mike Sorrell, Defendant, by a manner other than by delivery in person or by certified or registered mail, finds the grounds urged by

Plaintiff are good, that the manner suggested will be reasonably effective to give Defendant notice of suit, and the Expedited Motion for Alternate Service should be granted. It is, therefore, ORDERED service upon Mike Sorrell, Defendant, be effected by:

(1) leaving a true copy of the Notice of Commencement of a Condemnation Action, Order for Conference and Disclosure of Interested Parties and Plaintiff's Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements, and to Expedite Briefing and Hearing Schedule, with attached file-stamped copies of Plaintiff's Expedited Motion for Alternate Service, and this Order, with anyone over sixteen years of age at Defendant Mike Sorrell's last known business address, at 12101 Highway 523, Freeport, TX 77541; or

(2) in any other manner that will be reasonably effective to give the Defendant Mike Sorrell notice of the above proceeding, including affixing all the same documents listed above to the front gate or the first "No Trespassing" sign of Defendant's residence at 4060 US Highway 83, Leaky, Texas 78873, and/or in accordance with any other electronic method set forth in Texas Rule of Civil Procedure 106, including service by social media, e-mail, or other technology which will be reasonably effective to give the Defendant notice.

Proof of Service of any of the methods authorized in this Order shall be made by providing the process server's sworn statement with documentation of the method used for service upon the Defendant which is filed with the Court.

SIGNED on Galveston Island this _____ day of _____, 20_____.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE