## Summary of Appraisals

| Tract No. | Owner | Tract Size (Acres) | $/Ac or $/SF | Total Compensation |
|---|---|---|---|---|
| BL12-TX-BR-001.000 | Boa Sorte Limited Partnership, ET Al | 74.337 | $35,000/Acre | $ 129,815 |
| BL12-TX-BR-001.002 | Boa Sorte Limited Partnership, ET Al | 263.606 | $35,000/Acre | $ 20,743 |
| BL12-TX-BR-003.000 | Boa Sorte Limited Partnership, ET Al | 28.703 | $2.00/Sf | $ 98,427 |
| BL12-TX-BR-004.000 | Kurjee Enterprises, Inc | 2.7475 | $12.00/SF | $ 59,862 |
| BL12-TX-BR-006.000 & BL12-TX-BR-006.007 | Mike Sorrell | 281.545 | $1.50/SF | $ 604,263 |
| BL12-TX-BR-006.001 | James Edward Dye - Directors Lot (Temp Access Road Only) | 0.1148 | $0.15/SF | $ 26 |
| | | | TOTAL | $ 913,136 |

# EXHIBIT B