IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FLORIDA GAS TRANSMISSION COMPANY, LLC, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| 1.77 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT (PIPELINE RIGHT-OF-WAY), 9.55 ACRES OF LAND, MORE OR LESS, TEMPORARY WORK SPACE, 0.05 ACRES OF LAND, MORE OR LESS, TEMPORARY ACCESS ROAD EASEMENT AND 0.35 ACRES OF LAND, MORE OR LESS, PERMANENT ACCESS ROAD EASEMENT IN BRAZORIA COUNTY, TEXAS, TRACT No. BL12-TX-BR-001.000, et al. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-cv-00236<br><br>JURY TRIAL DEMANDED |
| *Defendants.* | § | |

## ORDER GRANTING PARTIAL RELEASE OF FUNDS IN COURT'S REGISTRY

Came on to be heard Defendant Mike Sorrell's Unopposed Motion for Partial Release of Funds in the Court's Registry in this matter. The Court has decided the motion is meritorious and should be GRANTED. It is therefore:

ORDERED that funds in the amount of SIX HUNDRED FOUR THOUSAND TWO HUNDRED SIXTY-THREE DOLLARS ($604,263.00) along with any accrued interest on such sums related to the above referenced matter be ORDERED released to Defendant Mike Sorrell's counsel Anthony L. Laporte and the law firm of Hanszen Laporte, LLP, 14201 Memorial Drive, Houston, Texas 77079.

SIGNED on _____, 2022.

                                                            HON. JUDGE PRESIDING

Approved and entry requested:

**HANSZEN ■ LAPORTE LLP**

By: /s/ Anthony L. Laporte
    Anthony L. Laporte
    State Bar No. 00787876
    alaporte@hanszenlaporte.com
    Hanszen Laporte, LLP
    14201 Memorial Dr.
    Houston, Texas 77079
    Telephone: 713-522-9444
    Facsimile: 713-524-2580

    **ATTORNEY FOR DEFENDANT,
    MIKE SORRELL**